# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

HUBERT L JACKSON,

          Petitioner

       v.

ALLEGHENY COUNTY COURT OF
COMMON PLEAS,

         Respondent

:   No. 16 WM 2024

## ORDER

**PER CURIAM**

**AND NOW**, this 24th day of May, 2024, the Application for Leave to File Original Process is GRANTED. The Petition for Writ of Mandamus, the "Motion to Order Respondent to Perform Its Ministerial Duty," and the "Application for Leave" are DENIED. The "Application for Relief to Supplement" is DISMISSED AS MOOT.